UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YVONNE HARJU, et al.,

        Plaintiffs,

   v.

JOHNSON & JOHNSON, et al.,

        Defendants.

CASE NO. C20-6258 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 57. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendants' motion to dismiss, Dkt. 52, is **GRANTED in part** and **DENIED in part**;

(3)    Plaintiffs are **DENIED** leave to amend; and

\\

\\

ORDER - 1

1  (4) This matter is re-referred to Judge Creatura for further consideration.

2  Dated this 24th day of January, 2022.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge